IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAIN A. HARDY, JR.,<br>    Plaintiff,<br><br>    v.<br><br>MICHAEL RANDALL MCLAUGHLIN,<br>et al.,<br>    Defendants. | Civ.S-12-1026 JFM EFB<br><br>O R D E R |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

////

1

1    The undersigned has reviewed the file herein and recommends
2 that the above-captioned case be reassigned and referred to the
3 magistrate judge for all further proceedings and entry of final
4 judgment.

5    IT IS HEREBY ORDERED that any hearing dates currently set
6 before the undersigned are VACATED.

7    IT IS FURTHER ORDERED that the Clerk of the Court reassign
8 this case to the Honorable Edmund F. Brennan, Magistrate Judge.
9 The parties shall please take note that all documents hereafter
10 filed with the Clerk of the Court shall bear case number Civ.S-
11 12-1026 EFB

Dated: July 12, 2012

/s/John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

   Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: July 13, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE